The Honorable James L. Robart

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff<br><br>　v.<br><br>LUKE ELLIOTT SOMMER,<br><br>　　　　Defendant. | Nos. CR09-257 JLR<br>　　　CR09-436 JLR<br>　　　CR06-5528 JLR<br><br>**ORDER GRANTING STIPUATED BRIEFING SCHEDULE** |

This Court, having reviewed the Stipulated Motion of the Parties proposing a briefing schedule for the defendant's motion for reduction in sentence, hereby states that IT IS ORDERED the motion be granted and that the briefing schedule should be as follows:

　　a.　Any amened or supplement motion of behalf of the defendant should be filed on or before July 29, 2022;

　　b.　The government's response to the motion should be filed on or before August 12, 2022;

　　c.　Any reply should then be filed on or before August 19, 2022; and

　　d.　The matter noted for August 19, 2022.

DATED this 26th day of July, 2022.

*/s/ James L. Robart*
JAMES L. ROBART
United States District Court Judge

Presented by:

ORDER SETTING BRIEFING SCHEDULE/
*United States v. Sommer,* CR09-257JLR, CR09-436JLR, CR06-5528JLR
- 1

1  *s/ Teal Luthy Miller*
2  TEAL LUTHY MILLER
   Assistant United States Attorney
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER SETTING BRIEFING SCHEDULE/
*United States v. Sommer,* CR09-257JLR, CR09-436JLR, CR06-5528JLR
- 2