JUDGE JAMES L. ROBART

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff<br><br>    vs.<br><br>LUKE SOMMER,<br><br>    Defendant. | NO. 09-CR-257JLR<br>   09-CR-436 JLR<br>   06-CR-5528 JLR<br><br>ORDER ON EMERGENCY MOTION (UNOPPOSED) TO EXTEND REPLY DEADLINE |

Having reviewed the Defendant's motion, and noting no objection from the government, it is ORDERED that the deadline for the Defendant's reply brief in this matter be extended from August 19th to September 2, 2022.

Dated this 16th day of August, 2022

*[signature]*

The Honorable James L. Robart
United States District Court Judge