UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | CASE NOS. CR09-0257JLR & |
|---|---|
| Plaintiff, | CR09-0436JLR |
| v. | ORDER |
| LUKE ELLIOTT SOMMER, | |
| Defendant. | |

This matter comes before the court on Defendant's Motion to Seal (Dkt. # 70 in CR09-0257JLR, Dkt. # 49 in CR09-0436JLR).

It is ORDERED that the motion is granted. Defendant's motion for compassionate release and exhibits thereto shall remain under seal.

Dated this 21st day of January, 2025.

The Honorable James L. Robart
United States District Judge

ORDER - 1