UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LUKE ELLIOTT SOMMER,<br><br>Defendant. | CASE NOS. CR09-0257JLR<br>CR09-0436JLR<br><br>ORDER |

Before the court is Defendant Luke Elliott Sommer's motion for a judicial recommendation in support of his return to Canada under the Treaty Transfer Program. (Mot. (Dkt. # 84); Reply (Dkt. # 88).)[1] Plaintiff the United States of America (the "Government") filed a response to provide the court "broader context" but, pursuant to Department of Justice policy, does not take a position on the merits of Mr. Sommer's

---

[1] Mr. Sommer filed the same motion for judicial recommendation in CR09-0257JLR and CR09-0436JLR. (*See generally* (CR09-0257JLR, Dkt. # 84); (CR09-0436JLR, Dkt. # 64).) Unless otherwise specified, the references to the docket in this order refer to the docket entries in CR09-0257JLR.

ORDER - 1

motion. (Resp. (Dkt. # 87).) The court has considered the parties' submissions, the record, and the applicable law. Being fully advised, the court DENIES Mr. Sommer's motion.

The court thoroughly summarized the factual and procedural background of these cases in two prior orders, and does not repeat that background here. (*See* 10/12/22 Order (Dkt. # 54) at 2-8; 6/17/25 Order (Dkt. # 79) at 2-4).) Mr. Sommer now seeks a judicial recommendation to the Bureau of Prisons ("BOP") in support of his request for a "Treaty Transfer" to Canada. (Mot. at 1-2.) He argues that his rehabilitation and the opportunity to assist his wife support his request. (*See generally id.*) Because Mr. Sommer maks a number of representations about his time in BOP custody in his motion and affidavit, the court asked the Assistant United States Attorney to contact the BOP to confirm Mr. Sommer's statements. The Government summarizes the BOP's response to its inquiry in its response to Mr. Sommer's motion and states that "the information provided by [the] BOP makes clear that the statements in [Mr.] Sommer's affidavit are exaggerated and misleading." (Resp. at 2-4.)

The Ninth Circuit has not established a specific standard for evaluating Treaty Transfer requests as that decision is delegated to the International Treaty Transfer Unit of the United States Department of Justice. Because any recommendation from the court would be based on Mr. Sommer's rehabilitation and family circumstances, the court lacks a sufficient basis to make a recommendation. For this reason, Mr. Sommer's motion for

//

//

ORDER - 2

a judicial recommendation (CR09-0257JLR, Dkt. # 84; CR09-0436JLR, Dkt. # 64) is DENIED.

Dated this 5th day of March, 2026.

JAMES L. ROBART
United States District Judge

ORDER - 3